300 174 70

ORIGINAL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**



FILED-USDC-NDTX-DA
'25 APR 28 PM1:14
ub

| | |
|---|---|
| **DOROTHY WILLIAMS**<br>        **Plaintiff,** | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| **v.** | ) **Case No.**<br>)**3 - 25 C V 1 0 3 8 - G** |
| **LVNV FUNDING LLC and I.C. SYSTEM, INC.**<br>        **Defendant.** | )<br>)<br>) |

---

## COMPLAINT AND DEMAND FOR JURY TRIAL

---

### I.       INTRODUCTION

1.  This is an action for actual and statutory damages brought by Plaintiff, Dorothy Williams,

    an individual consumer, against Defendants, LVNV Funding LLC and I.C. System, Inc.,

    for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.*

    (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive,

    deceptive and unfair debt collection practices.

### II.       JURISDICTION AND VENUE

2.  Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331.

3.  Venue in this District is proper in that the Defendants transact business in Dallas, Texas,

    and the conduct complained of occurred in Dallas, Texas.

### III.       PURPOSE OF THE FAIR DEBT COLLECTION PRACTICES ACT

4.  In enacting the FDCPA, Congress found that:

a. There is abundant evidence of the use of abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

b. Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce.

e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to ensure that those debt collectors refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuse. 15 U.S.C. § 1692.

5. The FDCPA is a strict liability statute. That is, a Plaintiff need not prove intent or knowledge on the part of the debt collector to establish liability. *See Gonzales v. Arrow Fin. Servs., LLC,* 660 F.3D 1055, 1060-61 (9th Cir. 2011); *Donohue v. Quick Collect,* 592 F.3d 1027, 1030 ("[t]he FDCPA is a strict liability statute that makes debt collectors liable for violations that are not knowing or intentional").

## IV.    PARTIES

6. Plaintiff is a natural person residing in Dallas, Texas. Plaintiff is a consumer as defined

by the Fair Debt Collection Practices Act, 15 U.S.C. § 1692a(3).

7. Upon information and belief, Defendant LVNV Funding LLC is a South Carolina corporation with its principal place of business located at 355 S Main St Ste 300-D, Greenville, SC 29601-2923.

8. Upon information and belief, Defendant I.C. System, Inc., is a Minnesota corporation with its principal place of business located at 444 Highway 96 E, Saint Paul, MN 55127-2557.

9. Defendants is engaged in the collection of debt from consumers using the mail and telephone. Defendants regularly attempts to collect consumers' debts alleged to be due to others. The alleged debt arose from an obligation primarily for personal, family, or household purposes and is, therefore, a "debt" as defined by 15 U.S.C. § 1692a(5).

## V.    FACTUAL ALLEGATIONS

### *Facts Related to LVNV Funding*

10. Defendant LVNV Funding LLC is a "debt collector" as defined by the FDCPA, 15 U.S.C. § 1692a(6).

11. On or about April 28, 2024, Plaintiff reviewed her consumer report on Transunion.com.

12. On the report, Plaintiff observed a trade line from LVNV FUNDING LLC in the amount of $430, allegedly owed to Synchrony Bank. (A true and accurate copy is attached as Exhibit A).

13. On or about April 29, 2024, at approximately 11:10 a.m. CST, Plaintiff made a dispute via telephone. Plaintiff spoke with a representative by the name of Angelica.

14. On or about December 19, 2024, Plaintiff re-checked her consumer report and noticed
    LVNV failed to communicate that the debt was disputed by Plaintiff. (A true and accurate
    copy is attached as Exhibit B).

15. Upon information and belief, Defendant has had several communications with the
    consumer reporting agencies and Defendant failed to communicate that the debt was
    disputed by Plaintiff.

16. Defendant's publishing of such inaccurate and incomplete information has severely
    damaged the personal and credit reputation of Plaintiff and has caused severe humiliation,
    emotional distress, mental anguish, and damage to Plaintiff's FICO scores.

### Facts Related to I.C. System

17. Defendant I.C. System, Inc. is a "debt collector" as defined by the FDCPA, 15 U.S.C.
    § 1692a(6).

18. On or about April 28, 2024, Plaintiff reviewed her consumer report on Transunion.com.

19. On the report, Plaintiff observed a trade line from I C SYSTEMS in the amount
    of $648, allegedly owed to Banfield Pet Hospital. (A true and accurate copy is attached
    as Exhibit C).

20. On or about April 29, 2024, at approximately 10:45 a.m. CST, Plaintiff made a dispute
    via telephone. Plaintiff spoke with a representative by the name of Claudia Rosario.

21. On or about May 15, 2024, Plaintiff re-checked her consumer report and noticed
    I C System failed to communicate that the debt was disputed by Plaintiff. (A true and
    accurate copy is attached as Exhibit D).

22. Upon information and belief, Defendant has had communications with the consumer

reporting agencies and Defendant failed to communicate that the debt was disputed by Plaintiff.

23. Defendant's publishing of such inaccurate and incomplete information has severely damaged the personal and credit reputation of Plaintiff and has caused severe humiliation, emotional distress, mental anguish, and damage to Plaintiff's FICO scores.

## VI.    FIRST CLAIM FOR RELIEF
### 15 U.S.C. § 1692e(8)
### AGAINST DEFENDANTS LVNV FUNDING and I.C. SYSTEM

24. Plaintiff re-alleges and reincorporates all previous paragraphs as if fully set out herein.

25. The Defendant's violations include, but are not limited to, the following:

    Defendant violated 15 U.S.C. § 1692e(8) of the FDCPA by failing to disclose to the consumer reporting agencies that the alleged debt was in dispute by Plaintiff.

26. As a result of the above violations of the FDCPA, the Defendant is liable to Plaintiff for actual damages, statutory damages, and costs.

## VII.    JURY DEMAND AND PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff respectfully demands a jury trial and requests that judgment be entered in favor of Plaintiff and against Defendants for:

A.  Judgment for the violations occurred for violating the FDCPA;

B.  Actual damages pursuant to 15 U.S.C. § 1692k(1)(2);

C.  Statutory damages pursuant to 15 U.S.C. § 1692k(2);

D.  Cost pursuant to 15 U.S.C. § 1692k(3);

E.  For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

Dated: April 28, 2025

Dorothy Williams
200 W Commerce Street, Apt. 235
Dallas, TX 75208
(214) 232-6868
Dorothyw174437@gmail.com

# EXHIBIT – A

**LVNV FUNDING LLC** 650172234404****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-4484 |
| **Date Opened** | 05/26/2022 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $430 |
| **Date Updated** | 04/03/2024 |
| **High Balance** | $43^ |
| **Original Creditor** | SYNCHRONY BANK SYNCHRONY HOM |
| **Past Due** | $43 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 08/2026 |
| **Remarks** | >PLACED FOR COLLECTION< |

# EXHIBIT – B



**LVNV FUNDING LLC** 650172234404****

## Account Information

| | |
|---|---|
| **Address** | C/O RESURGENT CAPITAL SERVICES,PO BOX 1269 GREENVILLE, SC 29603 |
| **Phone** | (877) 527-448 |
| **Date Opened** | 05/26/202 |
| **Responsibility** | Individual Accou |
| **Account Type** | Open Account |
| **Loan Type** | FACTORING COMPANY ACCOUNT |
| **Balance** | $430 |
| **Date Updated** | 12/03/2024 |
| **High Balance** | $430 |
| **Original Creditor** | SYNCHRONY BANK SYNCHRONY HOME |
| **Past Due** | $430 |

**Pay Status**                                                                          >Collection<

**Estimated month and year this item will be removed**                                  08/2026

**Remarks**                                                                 >PLACED FOR COLLECTION<



## Satisfactory Accounts

The following accounts are reported with no adverse information. For your protection, your account numbers have been partially masked, and in some cases scrambled. Please note: Accounts are reported as "Current: Paid or paying as agreed" if paid within 30 days of the due date. Accounts reported as Current may still incur late fees or interest charges if not paid on or before the due date.

**Account Information**

# EXHIBIT – C



4/24/24

Total Months 83

I C SYSTEMS COLLECTIONS 12985****

## Account Information

| | |
|---|---|
| **Address** | PO BOX 64378 SAINT PAUL, MN 55164-0378 |
| **Phone** | (888) 735-0516 |
| **Date Opened** | 08/08/2021 |
| **Responsibility** | Individual Account |
| **Account Type** | Open Account |

| | |
|---|---|
| **Loan Type** | COLLECTION AGENCY/ATTORNEY |
| **Balance** | $648 |
| **Date Updated** | 04/21/2024 |
| **High Balance** | $648 |
| **Original Creditor** | BANFIELD PET HOSPITAL |
| **Past Due** | $648 |
| **Pay Status** | >Collection< |
| **Estimated month and year this item will be removed** | 11/2027 |
| **Remarks** | >PLACED FOR COLLECTION< |



# EXHIBIT – D



Total Months: 83

I C SYSTEMS COLLECTIONS 12985****

## Account Information

**Address**                                           PO BOX 64378 SAINT PAUL. MN 55164-0378

**Phone**                                                                    (888) 735-0516

**Date Opened**                                                                  08/08/2021

**Responsibility**                                                        Individual Account

**Account Type**                                                              Open Account

**Loan Type**                                                                                    COLLECTION AGENCY/ATTORNEY

**Balance**                                                                                                          $648

**Date Updated**                                                                                               05/05/2024

**High Balance**                                                                                                     $648

**Original Creditor**                                                                                  BANFIELD PET HOSPITAL

**Past Due**                                                                                                         $648

**Pay Status**                                                                                                 >Collection<

**Estimated month and year this item will be removed**                                                             11/2027

**Remarks**                                                                                          >PLACED FOR COLLECTION<



# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

DOROTHY WILLIAMS

## DEFENDANTS

LVNV FUNDING LLC and I.C. SYSTEM, INC.

**(b)** County of Residence of First Listed Plaintiff **Dallas**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant _____
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

RECEIVED

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
200 W Commerce Street Apt. #235
Dallas, TX 75208  (214) 232 - 6868

APR 28 2025

Attorneys *(If Known)*

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

3 - 25 CV 1038 - G

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)*                      *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | **PERSONAL INJURY** ☐ 365 Personal Injury - Product Liability | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | **INTELLECTUAL PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 880 Defend Trade Secrets Act of 2016 | ☒ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | **LABOR** ☐ 710 Fair Labor Standards Act | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Management Relations | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | | | ☐ 740 Railway Labor Act | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | **SOCIAL SECURITY** ☐ 861 HIA (1395ff) | ☐ 896 Arbitration |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 862 Black Lung (923) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | ☐ 863 DIWC/DIWW (405(g)) | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 864 SSID Title XVI | ☐ 950 Constitutionality of State Statutes |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 865 RSI (405(g)) | |
| | | ☐ 555 Prison Condition | **FEDERAL TAX SUITS** | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| | | **IMMIGRATION** ☐ 462 Naturalization Application | ☐ 871 IRS—Third Party 26 USC 7609 | |
| | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | | |
|---|---|---|---|---|---|---|
| ☒ 1 Original Proceeding | ☐ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity):*
15 U.S.C. § 1692 et seq
Brief description of cause:
Violation of the Fair Debt Collection Practices Act ("FDCPA")

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*
JUDGE _____     DOCKET NUMBER _____

DATE
04/28/2025

SIGNATURE OF ATTORNEY OF RECORD
*Dorothy Williams*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____